**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on October 15, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I further certify that on October 15, 2010, I served the above-described documents by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Billie Jean Ford
30 Spinnaker Way
Coronado, CA 92118

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of October 2010, at San Diego, California.

_____
CRYSTAL HANLEY

2180586.wpd