

Ford

-v-

Central Loan Administration et al

10cv1660-WQH-NLS

# DOCUMENT STRICKEN per ORDER
# (See docket entry #17)

## 14-Amended Motion to Dismiss

14