1  ERIC D. HOUSER (SBN 130079)
   TAMMY HUSSIN (SBN 155290)
2  HOUSER & ALLISON
   A Professional Corporation
3  Carlsbad Pacific Center 1
   701 Palomar Airport Rd., Suite 250
4  Carlsbad, CA  92011
   Phone: (760) 603-9664
5  Fax: (760) 603-9668

6
   Attorneys for Defendants,
7  Cenlar FSB, Ocwen Loan Servicing LLC, and Mortgage Electronic Registration
   Systems, Inc.
8

9           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
10

11 | Billie Jean Ford,                          ) Case No.: 10 CV 1660 WQH-NLS
                                                )
12 |             Plaintiff,                      ) Hon. William Q. Hayes
                                                )
13                                              )
   | v.                                         ) **CENLAR FSB'S NOTICE OF**
14                                              ) **MOTION AND MOTION TO**
15 | Cenlar Agency, Inc., a/k/a Cenlar;         ) **DISMISS PLAINTIFF'S FIRST**
   | Ocwen Loan Servicing LLC, a/k/a           ) **AMENDED COMPLAINT**
16 | Ocwen; Mortgage Electronic                 )
   | Registrations Systems, Inc. a/k/a         ) **Date: December 13, 2010**
17 | MERS,                                      ) **Time: 11:00 a.m.**
18                                              ) **Courtroom: 4**
                                                )
19 |             Defendants.                     )
                                                  **[No Oral Argument Unless Ordered**
20                                                **by the Court]**
21

22
   **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**
23
       **PLEASE TAKE NOTICE** that Defendant, Cenlar FSB, erroneously sued
24
   as Cenlar Agency, Inc., a/k/a Cenlar (hereinafter "Cenlar"), by and through its
25
   undersigned counsel, will and hereby do move this Court for an order dismissing
26
   Plaintiff's First Amended Complaint with prejudice.
27
       This Motion is made and based upon Rule 12(b)(6) of the Federal Rules of
28

                                      1
   CENLAR AGENCY, INC'S NOTICE                              10-cv-1660-WQH-NLS
   OF MOTION AND MOTION TO
   DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

1   Civil Procedure, and is based on the ground that Plaintiff fails to state a claim upon

2   which relief may be granted and the Complaint is barred as a matter of law against

3       Defendant.  Cenlar's Motion is based upon this Notice, the attached

4   Memorandum of Points and Authorities, and upon all papers and documents on

5   file herein, the Court's files concerning this action and/or matters which judicial

6   notice is proper, as well as any oral argument that may be presented at the time of

7   the hearing.

8

9   Dated:  November 8, 2010                    HOUSER & ALLISON, APC

10

11                                              /s/Tammy Hussin

12                                              Tammy Hussin, Esq.
                                                Attorneys for Defendant Deutsche
13                                              Bank, HomEq, and MERS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                             ) SS

COUNTY OF SAN DIEGO    )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, San Diego, CA 92618.

On November _8_, 2010, I served the following document(s) described as follows: **CENLAR'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** on the following interested parties in this action:

Billie Jean Ford
30 Spinnaker Way
Coronado, CA 92118
*Defendant, Pro Se*

☒    BY FIRST CLASS MAIL—I hereby certify that I served the attached document(s) by U.S. First Class Mail on the following, who are not registered participants of the CM/ECF System. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on November _8_, 2010 at San Diego, California.

_Sondra Kilgore_
Sondra Kilgore