# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

January 7, 2011

Clerk, U.S. District Court
District of Southern District of Alabama, Mobile Division
113 St. Joseph Street, Room 123
Mobile, AL 36602

Re: Billie Jean Ford v. Central Loan Administration and Reporting, et al., Case No. 3:10–cv–01660–WQH–NLS

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

        Sincerely yours,

        W. Samuel Hamrick, Jr.,
        Clerk of the Court

        By: s/ M. Cruz, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: