UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
123 UNITED STATES COURTHOUSE
MOBILE, ALABAMA

**CHARLES R. DIARD, JR.**
　**CLERK**

**MAILING ADDRESS:**
113 ST. JOSEPH STREET
MOBILE, AL  36602
(251) 690-2371

January 10, 2011

Eric D Houser
Houser & Allison, APC
9970 Research Center Drive
Irvine, CA 92618

　　Re:　Civil Action No.　11-0017-WS-C
　　　　Billie Jean Ford v. Central Loan Administration, et al

Dear Mr. Houser:

This civil action was transferred to this Court from the Southern District of California. Please comply with the checked item(s) below **within 7 days** of receipt of this letter.

( )　Written Motion for Admission Pro Hac Vice for Admission of Non-Resident Attorney filed by the attorney himself or on his behalf by a local attorney;

( )　Application for Admission to Practice completed and signed by applicant (attached);

( )　Original Certificate of Good Standing issued within the past 30 days from the Federal Court located within the district where applicant resides and/or regularly practices law;

( )　Signature of Movant *or* Movant not admitted in Southern District of Alabama

( )　Payment of   admission fee of $200.00;

( )　Payment of Pro Hac Vice admission fee of $50.00;

**(X)**　**We have no record of your having been admitted to practice before the U.S. District Court for the Southern District of Alabama.  You may download a copy of the court's admission form from our website at www.als.uscourts.gov.   If you have been admitted, please send us a copy of your admission certificate.**

**(X)**　**Due to mandatory efiling in this district, please register for the efiling program via the court's website at: www.alsd.uscourts.gov   (From our home page, click on the CM/ECF tab at the top of the screen).**

Should you have any questions do not hesitate to call the Clerk's Office at 251-690-2371.  Thank you very much for your prompt attention to this matter.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　**CHARLES R. DIARD, JR., CLERK**

　　　　　　　　　　　　By:　　s/Tina Wood
　　　　　　　　　　　　　　　　Deputy Clerk